**Opinion issued August 26, 2014**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-14-00526-CR
_____

## PAUL JOSEPH TIBBS, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 12
Harris County, Texas
Trial Court Cause No. 1959277**

---

## MEMORANDUM OPINION

Counsel for appellant, Paul Joseph Tibbs, Jr., has filed a motion to dismiss the appeal signed by Tibbs. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Massengale, Brown and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).